The Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEMARCO PRESSLEY,<br><br>　　　　　Defendant. | No. CR20-156-RSM<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, Defendant Demarco Pressley's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $34,666.12, reflecting the proceeds Defendant obtained from his commission of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2) and 2.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate because:

- The proceeds of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2) and 2, are forfeitable pursuant to 18 U.S.C. §982(a)(2);

Order of Forfeiture - 1
*United States v. Demarco Pressley,* CR20-156-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In his Plea Agreement, Defendant agreed to forfeit the above-identified sum of money pursuant to 18 U.S.C. §982(a)(2), as it reflects the proceeds he obtained from his commission of the offense of Bank Fraud (Dkt. No 472, ¶ 13); and,

- This forfeiture money judgment is personal to Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), and no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(2), and his Plea Agreement, Defendant's interest in the above-identified sum of money in the amount of $34,666.12 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to Defendant at the time he is sentenced; it will be made part of the sentence, and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money;

5. The United States has agreed it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered;

6. The United States has also agreed that any amount the Defendant pays toward restitution will be credited against this forfeited sum; and

//

Order of Forfeiture - 2
*United States v. Demarco Pressley,* CR20-156-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 26th day of  May , 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
*United States v. Demarco Pressley,* CR20-156-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970